EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THEOPHOUS H. REAGANS
Special Assistant United States Attorney  CSBN 189450
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8938
    Fax: (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGAN YONELY SORIANO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br>Administration,<br><br>    Defendant. | 5:14-02373<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Voluntary Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: July 24, 2015                 / s /_____

                                          HON. ALKA SAGAR
                                          UNITED STATES MAGISTRATE JUDGE